JOHN G. YOUNG *v.* AMEDÉE ALPUENTÉ.

Where the record contains neither statement of facts, bill of exceptions, nor certificate that it contains all the evidence adduced below, and there is no assignment of errors, the appeal must be dismissed.

APPEAL from the Commercial Court of New Orleans, *Watts*, J.
*F. B. Conrad*, for the plaintiff.
*Morel*, for the defendant.

Bullard, J. The transcript containing neither statement of facts, nor bill of exceptions, nor certificate that all the evidence adduced below is in the record, and there being no assignment of errors, the motion to dismiss the appeal must prevail.

*Appeal dismissed.*